OPTIMISCORP, a Delaware corporation, Alan Morelli, and Analog Ventures, LLC, Plaintiffs Below–Appellants/Cross–Appellees,

v.

John WAITE, William Atkins, Gregory Smith, and William Horne, Defendants Below–Appellees/Cross–Appellants

No. 523, 2015

Supreme Court of Delaware.

Submitted: April 20, 2016

Decided: April 25, 2016

Court Below: Court of Chancery of the State of Delaware, C.A. No. 8773–VCP

AFFIRMED. DENIED.